# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANDREW DAVIS,<br><br>      Petitioner,<br><br>  v.<br><br>M. MARTEL, Warden<br><br>      Respondent. | 1:09-cv-00042-DLB (HC)<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE<br><br>[Doc. 15] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On March 10, 2009, Respondent filed a motion for an extension of time to file a response to the petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Respondent is granted an extension of time to and including April 21, 2009, to file a response to the instant petition.

      IT IS SO ORDERED.

      Dated:   **March 25, 2009**               **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE